IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Robert M. Urban, III
*[Enter the full name of the plaintiff in this action]*

v.

Capt. Beatty, (1st name unknown)
Capt. Booth, (1st name unknown)
Capt. Brauck, (1st name unknown)
Dorchester County Detention Center

*Enter above the full name of defendant(s) in this action*

Civil Action No. ____________
*(to be assigned by Clerk)*

**COMPLAINT**
**State Prisoner**

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes_______ No X

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

Plaintiff: ____________

Defendant(s): ____________

2. Court: ____________
*(If federal court, name the district; if state court, name the county)*

3. Docket Number: ____________

4. Name(s) of Judge(s) to whom case was assigned: ____________

5. Disposition: ____________
*(For example, was the case dismissed? Appealed? Pending?)*

6. Approximate date of filing lawsuit: ____________

7. Approximate date of disposition: ____________

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Dorchester County Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? The right of my Freedom of Religion is being violated.

C. (1) Is there a prisoner grievance procedure in this institution? Yes X No____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes X No____

When 9/2025 - 5/2026 Grievance Number (if available) approx. 50

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)? Yes X No____

E. When was the final agency/departmental/institutional answer or determination received by you? May 2026

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.* - My request to receive copies has been denied.

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes X No____

G. If your answer is YES:

1. What steps did you take? I filed multiple grievances.

2. What was the result? My complaints have been dismissed by the facility.

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Robert M. Urban, III Inmate No.: 401736

Address: 220 Hodge Rd. Summerville, SC 29483

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Dorchester County Det. Center Position: (Facility)

Place of Employment: 220 Hodge Rd. Summerville, SC 29483

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

Capt. Beatty, Same address as above.

Capt. Breach, Same address as above.

Capt. Booth, Same address as above.

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I have been incarcerated at the Dorchester County Detention Center in Summerville South Carolina since the 6th of August, 2024. The ability to practice my religion and faith has, and continues to be restricted in an unreasonable manner.

Between August 6, 2024 and September 1, 2025 there were no issues concerning the Freedom of Religion. However, on September 1, 2025, the "Detainee Mail Policy" went into effect. Within relevant scope, the "Detainee Mail Policy" states that: "No Magazines... books... Mailed to Processing Center... any books... have to be pre-approved by jail admin or will be returned to Sender."

Soon after the referenced Policy went into effect, I established communication with Captain Branch and Captain Beatty through the jail kiosk messaging system in order to make a determination as to what vendors are on the approved list. However, multiple requests were deflected and/or seemingly ignored. Physical Books - including all printed religious material and books of faith are consequently "returned to Sender."

The Detention Center, along with those who are in administrative roles continue to assert that the reasoning(s) behind this action is hinged upon the presumptive notion that "books and religious materials are available on the jail-issued tablet(s).

IV. STATEMENT OF CLAIM - continued.

The Detention Center, along with those who are in administrative roles continues to neglect the fact that all religions and faiths are simply not represented or available in a reasonable capacity on the Intelo Tablet through the Paytel Platform.

Take, for example, my faith. My religion is that of Jehovah's witnesses. Granted, there are some publications that are exclusive to my faith on the tablet, but not enough to satisfy the needs for/of my faith.

Consider the following:

Each week, Jehovah's Witnesses hold two meetings in hundreds of languages and thousands of lands worldwide.

"Our Christian Life and Ministry" Meeting workbook is a Meeting workbook and Meeting Schedule for one of the two Meetings mentioned. I am including a copy from July 7-13, 2025 as an example. (I was able to receive my religious publications until Sep. 1, 2025).

"Our Christian Life and Ministry" meeting workbook is not available on the Intelo Tablet through the Paytel platform.

Neither are several of the materials needed for worship.

The songbook is not available on the tablet.

Consider other materials not available on the tablet.

under numbers 4 and 5 under the Section "Apply yourself to the Field Ministry" You will notice a reference to "LMD" - That small booklet "Love People Make Disciples" is not available on the tablet.

under number 8 under the Section "congregation Bible Study" - that book is not available on the tablet.

out of the 3 referenced publications - none are available on the tablet. Therefore, I am not able to Study, Prepare, or participate in my Meetings of worship.

The Second Meeting takes Place on Sunday and includes an examination of a Study Article.

I am including a Back copy of a previously Studied article. - Every week, there is a Different topic covered.

The Watchtower Study edition is not available on the tablet.

CAPtain Booth, who oversees the office of Professional conduct (Internal affairs) advised me that no Mail is to be received - and I can have outside contacts Mail me what I need.

The entirety of our exchanges have been unsuccessful.

It is not the responsibility of my loved ones to take time out of their busy schedules to print and mail me religious articles - when Jehovah's Witnesses are a legitimate publisher and provides the same also, see attached.

Captain Booth has also made a point to tell me time and time again that items are available on the tablet.

They are not, but even if they were, this is still a problem.

1. We do not have individual tablets. Tablets are distributed each morning at approximately 8:00 am and collected each night at approximately 10:30 PM.

2. This alone makes it impossible to satisfy the Bible's command at Joshua 1:8, which reads: "This Book of the law should not depart from your mouth, and you must read it... DAY and NIGHT."

Captain Booth has also made it clear that access to tablets is a privilege and not a right.

However, if an incarcerated person is placed on the status of "loss of privilege" for committing an infraction, then such person would not have access to a tablet for up to 30 days for each infraction

This raises three questions that must be addressed:

Since Books, including religious Material, including Bibles and Mail are only accessible on the Jail provided tablet:

I. IS reading for faith a right or a privilege?
II. IS reading for Spiritual or religious purpose - including the reading of ones own Bible a right or a privilege?
III. I's access to Mail a right or a privilege?

Because of the enacted Mail Policy - the ability to practice My faith has been Compromised.

This is also a discriminatory practice.

The Jail will permit an individual to receive a Daily newspaper subscription but will not allow an individual to receive a Monthly religious Magazine that is essential to his Faith.

I have, and continue to observe Muslims who are not discriminated against.

They are permitted out of their cell to Pray, can have a prayer rug and prayer beads. Items essential to their faith, yet, I am being restricted in a very cumensorable Manner. Why?. (See John 15:20, Matthew 5:10, 1 Corinthians 4:12).

lastly, I received in-person clergy visits until September of 2025.

They are simply no longer available.

Detention Officer Robertson informed me that all visits will now take place on the tablet. This raises concerns.

Video visits are monitored and recorded - clergy visits must be regarded as privileged, this must be enforced and protected.

Video visits are also expensive - a cost that said clergy would be responsible for covering. (current rates are 21 cents per minute).

I have not been able to practice my religion or have a clergy visit since September of 2025. This is not okay.

I have filed approximately 50 grievances through the jail kiosk system on this matter between September 2025 and May 2026. My attempt(s) to obtain printed copies of said grievances - to attach as supporting points of reference and evidence have been denied by the jail administration at the Dorchester County Detention Center.

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I respectfully request that this Facility be directed to:

- Allow Physical religious publications and Materials that are essential to my faith to be Sent, received, and delivered From the "Watchtower"

- Allow Jehovah's witnesses clergy to resume in-person visits to provide Spiritual encouragement and guidance.

I Respectfully request that this Court Make a determination that:

- Dorchester County Detention Center, Captain Booth, Captain Branch, and Captain Beatty have collectively violated My Constitutional right respecting the 1st Amendment Concerning the Freedom of Religion.

Respectfully Submitted:

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* 7 *day of* June, 2026.

[signature]

*Signature of Plaintiff*