RECEIVED
USDC CLERK, COLUMBIA, SC
2026 JUN 29 PM 1:56

United States District Court
District of South Carolina
Attn: Clerk
901 Richland St.
Columbia, South Carolina 29201

Robert M. Urban, III (401736)
Dorchester County Detention Center
220 Hodge Rd.
Summerville, South Carolina 29483

Sunday, June 7, 2026

Dear Clerk,

Please find enclosed my complaint to be filed. Since I am in a County Jail, I did not submit a Financial Certificate, per the instructions. I do not know what District I am in, so I left that space blank on the "Application to proceed without prepayment of Fees and Affidavit."

I do have a couple of questions:

If the Court accepts my complaint, will I appear in/at future proceedings?

On the complaint form, it said not to make any legal argument, or cite any cases or statutes.

I have two relevant cases to cite. Will there be a time to reference them?

Please confirm that my complaint has been received and filed.

Sincerely,

Robert M. Urban III (401736)
Dorchester County Det. Ctr.
220 Hodge Rd.
Summerville, SC 29483