Supporting Documentation

- Printing Label Showing "Religious [Items] are Sent from Publisher"

- The End page of the Watchtower Study edition Showing there are different Study articles that are examined each week.

- A Portion of "Our Christian Life and Ministry Meeting Workbook" Showing, as an example - a typical Meeting / worship Schedule with the required publications.

The Watchtower is a legitimate religious organization and publisher.

until September 1, 2025. I received the needed religious material for my faith- directly from the publisher.

Now I have no access- items are consequently "Returned to Sender"

**WATCH TOWER**
BIBLE AND TRACT SOCIETY OF NEW YORK, INC.
1000 RED MILLS RD
WALLKILL, NY 12589

B:20

Address Service Requested

**Packing List: 1859715**

01-2355580

**Correspondence Request First Class (USPS)**

***RELIGIOUS MAGAZINES FROM PUBLISHER***

Trl Pos #1541
Pick Seq #1
Pallet #SPHNDLGP 1

**ROBERT URBAN 401736**
**DORCHESTER COUNTY DETENTION CENTER**
**220 HODGE RD**
**SUMMERVILLE SC 29483**
**UNITED STATES OF AMERICA**

1 LBS 1 OF 1

THE WATCHTOWER®
ANNOUNCING JEHOVAH'S KINGDOM
May 2025 | Vol. 146, No. 5 ENGLISH

IN THIS ISSUE

Study Article 19: July 14-20 — 2
Imitate the Faithful Angels

Study Article 20: July 21-27 — 8
Look to Jehovah for Comfort

Study Article 21: July 28–August 3 — 14
Seek the City That Will Remain

Study Article 22: August 4-10 — 20
Jehovah's Name—What It Means to Jesus

Study Article 23: August 11-17 — 26
Jehovah's Name—What It Should Mean to Us

Each week, a different study article is examined. This publication is <u>not</u> available on the tablet. The facility no longer allows me to receive this publication, although it is essential to my faith, religion, and worship.

This publication is not for sale. It is provided as part of a worldwide Bible educational work supported by voluntary donations. To make a donation, please visit donate.jw.org.

Unless otherwise indicated, Scripture quotations are from the modern-language *New World Translation of the Holy Scriptures*.

*The Watchtower* (ISSN 0043-1087) May 2025 is published by Watchtower Bible and Tract Society of New York, Inc.; Harold L. Corkern, President; Mark L. Questell, Secretary-Treasurer; 1000 Red Mills Road, Wallkill, NY 12589-3299, and by Watch Tower Bible and Tract Society of Canada, 13893 Highway 7, Georgetown, ON L7G 4S4. © 2025 Watch Tower Bible and Tract Society of Pennsylvania. Printed in Canada.

STUDY TIP

## Prepare Your Heart

When we study the Bible, we want Jehovah's thoughts to affect our heart, or inner person. Ezra set a fine example in this regard when he "prepared his heart to consult the Law of Jehovah." (Ezra 7:10) How can we prepare our heart?

**Pray.** Begin each study session with a prayer. Ask Jehovah to help you understand and apply what you learn.—Ps. 119:18, 34.

**Cultivate humility.** God hides the truth from those who proudly rely on their own intellect. (Luke 10:21) Avoid doing research to try to impress others. Humbly change your thinking when it does not harmonize with God's.

**Try listening to a Kingdom song.** Music has the power to speak to our heart, preparing us for worship. Listening to a Kingdom song at the start of a study session may help you to prepare your heart.

Visit the jw.org website, or scan code

JW.ORG®

w25.05-E
250115

Urban, Robert T.
B-209

# OUR CHRISTIAN LIFE AND MINISTRY

MEETING WORKBOOK

Not available on the tablet the facility no longer allows me to receive this publication (please open)



JULY-AUGUST 2025

Song book - not available on the tablet.

Song 98 and Prayer | **Opening Comments** (1 min.)

## TREASURES FROM GOD'S WORD

**1. Wise Principles for a Happy Marriage** (10 min.)

Do not marry hastily (Pr 21:5; *w03* 10/15 4 ¶5)

Manifest humility when there are disagreements (Pr 21:2, 4; *g* 7/08 7 ¶2)

Treat each other with patience and kindness (Pr 21:19; *w06* 9/15 28 ¶13)

I no longer have access to questions such as these



**2. Spiritual Gems** (10 min.)

Pr 21:31—How does this verse add meaning to the prophecy found at Revelation 6:2? (*w05* 1/15 17 ¶9)

What spiritual gems from this week's Bible reading would you like to share?

**3. Bible Reading** (4 min.)

Pr 21:1-18 (*th* study 5)

## APPLY YOURSELF TO THE FIELD MINISTRY

**4. Starting a Conversation** (3 min.)

HOUSE TO HOUSE. (*lmd* lesson 3 point 3)

**5. Following Up** (4 min.)

INFORMAL WITNESSING. (*lmd* lesson 7 point 3)

**6. Explaining Your Beliefs** (5 min.)

Demonstration. *ijwfq* article 54—Theme: How Do Jehovah's Witnesses View Divorce? (*lmd* lesson 4 point 3)

"Love People Make Disciples"

- not available on the tablet.

## LIVING AS CHRISTIANS

**Song 132**

**7. Show Respect in Your Marriage** (15 min.) Discussion.



When you marry, you vow before Jehovah to love and respect your mate. Therefore, how you treat your husband or wife affects your relationship with Jehovah.—Pr 20:25; 1Pe 3:7.

Play the VIDEO ***For a Happy Marriage: Show Respect.*** Then ask the audience:

- Why is it important to show respect to your mate?
- What changes may we need to make in order to be more respectful?
- What are some Bible principles that will help us?
- What are some specific ways to show respect to our mate?
- What about our mate should we focus on, and why?

**8. Congregation Bible Study** (30 min.)
*bt* chap. 28 ¶16-22

The Book being studied at the Congregation Bible Study is not available on the tablet!

**Concluding Comments** (3 min.) | **Song 72 and Prayer**

0:26-cv-02588-MGL-PJG Date Filed 06/29/26 Entry Number 1-2 Page 7 of 7



**Song 79 and Prayer** | **Opening Comments** (1 min.)

## TREASURES FROM GOD'S WORD



**1. Wise Principles for Raising Children** (10 min.)

Prepare your children for life's challenges (Pr 22:3; *w20.10* 27 ¶7)

Begin training them from birth (Pr 22:6; *w19.12* 26 ¶17-19)

Discipline them in a loving way (Pr 22:15; *w06* 4/1 9 ¶4)

**2. Spiritual Gems** (10 min.)

Pr 22:29—How can we apply this proverb to congregation activities, and what are the benefits? (*w21.08* 22 ¶11)

What spiritual gems from this week's Bible reading would you like to share?

**3. Bible Reading** (4 min.)

Pr 22:1-19 (*th* study 10)

## APPLY YOURSELF TO THE FIELD MINISTRY

**4. Starting a Conversation** (3 min.)

HOUSE TO HOUSE. (*lmd* lesson 5 point 4)

**5. Starting a Conversation** (4 min.)

INFORMAL WITNESSING. Show the person how to find information on jw.org that is helpful to parents. (*lmd* lesson 1 point 4)

**6. Talk** (5 min.)

*ijwyp* article 100—Theme: I Broke a Family Rule—What Now? (*th* study 20)