Robert M. Urban, III (401736)
Dorchester County Detention Center
220 Hodge Rd.
Summerville, SC 29483

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 JUN 29 PM 1:56

ITEM X-RAYED BY USMS
DR
Signature
6/29
Date

United States District Court
District of South Carolina
Attn: Clerk
901 Richland Street
Columbia, South Carolina 29201