**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| ROBERT M. URBAN, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 0:26-2588-MGL-PJG |
| | § | |
| CAPT. BEATTY; CAPT. BOOTH; | § | |
| CAPT. BRANCH; DORCHESTER COUNTY | § | |
| DETENTION CENTER, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION, SUMMARILY DISMISSING PLAINTIFF'S CASE WITHOUT PREJUDICE, AND RENDERING AS MOOT HIS REMAINING MOTION**

Plaintiff Robert M. Urban, III filed this lawsuit pro se under 42 U.S.C. § 1983 alleging violations of his civil rights.

This matter is before the Court for review of the Report and Recommendation (the Report) of the United States Magistrate Judge suggesting to the Court Urban's case be dismissed without prejudice for failing to comply with a court order. The Magistrate Judge therefore also recommends terminating his motion to proceed in forma pauperis. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on September 17, 2026. To date, Urban has failed to file any objections to the recommendation.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report and incorporates it herein. Accordingly, it is the judgment of the Court Urban's case is **DISMISSED WITHOUT PREJUDICE** and his motion to proceed in forma pauperis is **RENDERED AS MOOT**.

**IT IS SO ORDERED.**

Signed this 22nd day of October 2026, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

Urban is hereby notified of his right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.